UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KORY MCSWEENEY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BROCKTON, ERIK HILLIARD, CALLIE ROYSTER, GEORGE ALMEIDA, and FRANCISCO LOPEZ,<br><br>Defendants. | Civil Action No. 18-cv-10968-DJC |

## SPECIAL JURY VERDICT FORM

We, the jury, find:

### As to the Claims Against Individual Defendants

**§ 1983 Claim—Excessive Use of Force**

1. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant Erik Hilliard subjected him to excessive use of force on May 18, 2015 in violation of 42 U.S.C. § 1983?

   Yes ___    No ✓

2. Did Plaintiff Mr. McSweeney prove by a preponderance of the evidence that Defendant Callie Royster subjected him to excessive use of force on May 18, 2015 in violation of 42 U.S.C. § 1983?

   Yes ___    No ✓

1

3. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant George Almeida subjected him to excessive use of force on May 18, 2015 in violation of 42 U.S.C. § 1983?

  Yes ___  No ✓

4. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant Francisco Lopez subjected him to excessive use of force on May 18, 2015 in violation of 42 U.S.C. § 1983?

  Yes ___  No ✓

**§ 1983 Claim—Malicious Prosecution Claim**

5. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant Erik Hilliard denied him due process of law by subjecting him to malicious prosecution for the events of May 18, 2015 in violation of 42 U.S.C. § 1983?

  Yes ___  No ✓

6. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant Callie Royster denied him due process of law by subjecting him to malicious prosecution for the events of May 18, 2015 in violation of 42 U.S.C. § 1983?

  Yes ___  No ✓

7. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant George Almeida denied him due process of law by subjecting him to malicious prosecution for the events of May 18, 2015 in violation of 42 U.S.C. § 1983?

  Yes ___  No ✓

8. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant Francisco Lopez denied him due process of law by subjecting him to malicious prosecution for the events of May 18, 2015 in violation of 42 U.S.C. § 1983?

Yes ___   No ✓

**Assault and Battery Claim**

9.  Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant Erik Hilliard committed an assault and battery on him on May 18, 2015?

    Yes ___   No ✓

10. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant Callie Royster committed an assault and battery on him on May 18, 2015?

    Yes ___   No ✓

11. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant George Almeida committed an assault and battery on him on May 18, 2015?

    Yes ___   No ✓

12. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant Francisco Lopez committed an assault and battery on him on May 18, 2015?

    Yes ___   No ✓

**Malicious Prosecution Claim**

13. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant Erik Hilliard subjected him to malicious prosecution relating to the events on May 18, 2015?

    Yes ___   No ✓

14. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant Callie Royster subjected him to malicious prosecution relating to the events on May 18, 2015?

    Yes ___   No ✓

15. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant George Almeida subjected him to malicious prosecution relating to the events on May 18, 2015?

    Yes ___   No ✓

16. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant Francisco Lopez subjected him to malicious prosecution relating to the events on May 18, 2015?

    Yes ___   No ✓

**Claim of Intentional Infliction of Emotional Distress**

17. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant Erik Hilliard committed intentional infliction of emotional distress against him relating to the events on May 18, 2015?

    Yes ___   No ✓

18. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant Callie Royster committed intentional infliction of emotional distress against him relating to the events on May 18, 2015?

    Yes ___   No ✓

19. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant George Almeida committed intentional infliction of emotional distress against him relating to the events on May 18, 2015?

    Yes ___   No ✓

4

20. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that Defendant Francisco Lopez committed intentional infliction of emotional distress against him relating to the events on May 18, 2015?

Yes ___    No _✓_

## As to the Claim Against Defendant City of Brockton

### Monell claim under 42 U.S.C. § 1983

21. Did Plaintiff Kory McSweeney prove by a preponderance of the evidence that the unconstitutional actions of the Individual Defendants were done in accordance with an official policy or custom of, or a failure to train or supervise by the Defendant the City of Brockton and that those actions caused a deprivation of his rights?

Yes ___    No _✓_

*(If you answered "yes" to one or more of Questions 1 through 21, go on to Question 22. If you answered "no" to all Questions 1 through 21, skip Questions 22-23 below and have the foreperson sign and date this form).*

## Compensatory Damages

22. If you answered yes to one or more of Questions 1 through 21 and you find that Plaintiff Kory McSweeney suffered injury as a result of Defendants' actions, what amount do you find, if any, will fairly and adequately compensate Plaintiff for the injury he suffered?

Lost earning capacity    $_____

Pain and suffering    $_____

*(If you answered "yes" to one or more of Questions 1-8, go on to Question 23. If you answered "no" to all Questions 1-8, skip Question 23 and have the foreperson sign and date this form).*

**Punitive Damages as to Claims under 42 U.S.C. § 1983**

23.    If you answered yes to one or more of Questions 1-8 and you find that the Individual Defendants' conduct that caused actual injury or damage to Plaintiff was maliciously, wantonly or oppressively done, what, if any, punitive damages do you award to Plaintiff Kory McSweeney?

$_____

The undersigned foreperson of the jury hereby certifies that the members of the jury agree to the above findings.

_4/16/2021_  
DATE

_[signature]_  
FOREPERSON'S SIGNATURE