UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**<u>KORY MCSWEENEY</u>**
                Plaintiff(s)

          v.                            CIVIL ACTION NO. **18-10968-DJC**

**<u>CITY OF BROCKTON, ET AL</u>**
                Defendant(s)

### JUDGMENT IN A CIVIL CASE

<u>CASPER, D.J.</u>

**X**    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

Judgment for the defendants City of Brockton, Erik Hilliard, Callie Royster, George Almeida, and Francisco Lopez.

Robert M. Farrell, Clerk

Dated: April 16, 2021                              /s/ Lisa M. Hourihan
                                                              ( By )  Deputy Clerk